IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:26-cv-319-BHH-MGB ) |
| TRANS UNION LLC, | ) ) |
| Defendant. | ) |

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Defendant Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a), and in support thereof would respectfully show the Court as follows:

**A.     PROCEDURAL BACKGROUND**

1. On October 30, 2025, Plaintiff Nelson L. Bruce ("Plaintiff") filed a Complaint in the Magistrate's Court, Dorchester County, South Carolina, under Case No. 2025CV1810306381 ("State Court Action"). The Complaint alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, against Defendant.

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Defendant, Trans Union, was served with Plaintiff's Complaint on December 30, 2025. This Notice of Removal is being filed within thirty (30) days as required by 28 U.S.C. §1446(b).

**B.     GROUNDS FOR REMOVAL**

4. The present suit is an action over which the United States District Court, for the

8485174.1

District of South Carolina has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is thus proper because Plaintiff's claims present a federal question. *See* 28 U.S.C. §§ 1331 *and* 1441(a). In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the FCRA.

5.      Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

### C.    COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6.      Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the District of South Carolina, Charleston Division because it is in the district and division embracing the location where the state court action is pending.

8.      Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Magistrate's Court, Dorchester County, South Carolina, as required by 28 U.S.C. § 1446(d).

9.      Pursuant to 28 U.S.C. § 1446(a), a copy of all executed process, pleadings asserting causes of action, and orders served upon the Defendant Trans Union in the State Court Action is attached hereto as **Exhibit A**.

10.     Trial has not commenced in the Magistrate's Court, Dorchester County, South Carolina.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

        Respectfully submitted,

        *s/ Wilbur E. Johnson*
        Wilbur E. Johnson, Esquire
        wjohnson@ycrlaw.com
        Federal ID No.: 2212
        Clement Rivers, LLP
        25 Calhoun Street, Suite 400
        Charleston, SC 29401
        Telephone: (843) 724-6659
        Facsimile: (843) 579-1332
        *Counsel for Defendant Trans Union LLC*

Dated: January 29, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th of January 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that a true and correct copy of the above and foregoing was sent via United States First Class Mail to the following:

Nelson L. Bruce
144 Pavilion Street
Summerville, SC  29483
***Pro Se Plaintiff***

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**