IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRANS UNION LLC and ) <br> UNKNOWN Does 1-100, ) <br> ) <br> Defendant. ) | Case No. 2:26-cv-00319-BHH-MGB |

**DEFENDANT TRANS UNION LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC ("Trans Union") hereby files this Motion to Dismiss Plaintiff's Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) and moves the Court to dismiss Plaintiff's Complaint on the grounds that Plaintiff's claims are barred by the doctrine of res judicata doctrine.

For the reasons set forth in Trans Union's accompanying Memorandum in Support, Trans Union respectfully requests that this Court grant Trans Union's Motion and dismiss Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(6).

Respectfully submitted,

*s/ Wilbur E. Johnson*
Wilbur E. Johnson, Esquire
wjohnson@ycrlaw.com
Federal ID No.: 2212
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
Telephone: (843) 724-6659
Facsimile: (843) 579-1332
*Counsel for Defendant Trans Union LLC*

Dated: February 26, 2026

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I further certify that a true and correct copy of the above and foregoing was sent via United States First Class Mail to the following:

Nelson L. Bruce
144 Pavillion Street
Summerville, SC 29483
***Pro Se Plaintiff***

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**