# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:26-cv-00319-BHH-MGB |
| ) | |
| TRANS UNION LLC and ) | |
| UNKNOWN Does 1-100, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT TRANS UNION LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant Trans Union LLC's ("Trans Union") Motion to Dismiss Plaintiff's Complaint. The Court has considered Trans Union's Motion and finds that said Motion should be granted. Accordingly, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed with prejudice.

_____
Honorable Mary Gordon Baker
United States Magistrate Judge

Date: _____

Charleston, South Carolina

1