# EXHIBIT A

**Affidavit of Nelson L. Bruce filed in prior case evidencing the following:**

**Exhibit B – Trans Union Response to Plaintiff's request for proof of permissible purpose.**

**Exhibit C – Official Notice Requesting For Proof of Permissible Purpose**

**Exhibit E & F – Credit Karma Responses Supporting a Lack of a permissible purpose by Trans Union**

| | |
|---|---|
| **STATE OF SOUTH CAROLINA**<br><br>**COUNTY OF DORCHESTER**<br><br>Nelson L. Bruce,<br><br>             Plaintiff,<br><br>     vs.<br><br>TRANS UNION LLC, et al,<br><br>             Defendant(s), | **IN THE MAGISTRATE'S COURT**<br><br><br>         **<u>2024CV1810306501</u>**<br>         CIVIL CASE NUMBER<br><br><br><br>AFFIDAVIT OF NELSON L. BRUCE<br>IN SUPPORT OF MEMORANDUM<br>IN OPPOSITION TO DEFENDANT'S<br>MOTION FOR SUMMARY JUDGMENT |

I, Nelson L. Bruce, being first duly sworn upon oath, depose and say:

1) **I am the Plaintiff** in the above-captioned matter, and submit this Affidavit in opposition to Defendants' Motion for Summary Judgment.

2) **I have personal knowledge** of each fact stated herein and could competently testify thereto.

3) **I did not** at any time sign or authorize any written consent allowing Trans Union LLC or any third party to access my ChexSystems consumer report.

4) **On October 23, 2023,** ChexSystems provided me with a disclosure report (See...Plaintiff's **Exhibit A** filed with complaint) showing that Trans Union LLC accessed my file "on behalf of Credit Karma." on **July 8, 2023**.

5) **On or about April 26, 2024,** I requested from Trans Union proof of my written consent; no such proof was provided; instead, on **May 6, 2024,** Trans Union's counsel provided a response further evidencing that Trans Union was not authorized and did not have a permissible purpose for obtaining plaintiff's consumer report from ChexSystems as they did not provide proof of their permissible purpose when given the opportunity to provide proof of their permissible purpose. (see...Plaintiff's **Exhibits B and C**).

6) **Credit Karma's Nov. 15, 2022 Terms of Service, Section 2.2,** require that "[a]ny consumer report data obtained . . . to included in your Intuit account." No ChexSystems data are included in my intuit account with credit karma.

7) There is no written consent to obtain a consumer report from ChexSystems unless it is obtained for the purposes of including it into plaintiff's Intuit Credit Karma Account as specified by the credit karma terms.

8) **On April 17, 2025,** Credit Karma's complaint support department confirmed: *"Credit Karma has not requested your ChexSystems report. "We do not request, access, or store ChexSystems reports."* (see…Exhibit E)

9) **On May 23, 2025,** Credit Karma's complaint support department confirmed: *""Credit Karma is not a credit reporting agency or lender. We do not authorize TransUnion or any third party to access ChexSystems reports on our behalf, nor do we access those reports ourselves"*. (see…Exhibit F)

10) On July 19, 2024 Credit Karma Member Support communicated in connection with Credit Karma Case #14047169, expressly stating that Credit Karma only obtains consumer credit reports directly from Trans Union and Equifax. (See…Exhibit G)

11) **I did not** initiate any credit, insurance, or employment transaction that would allow Trans Union to lawfully access my ChexSystems report under FCRA § 1681b.

12) **I believe** Trans Union's access was made under false pretenses, without permissible purpose, and with reckless disregard of my privacy rights.

I declare under penalty of law of the State of South Carolina and the United States of

America that the foregoing is true and correct.

**Executed this 27th , day of May, 2025**

*Nelson L. Bruce*
_____
Nelson L. Bruce