# EXHIBIT B

***334959402-456***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| File Number: | 334959402 |
| Page: | 1 of 1 |
| Date Issued: | 5/6/2024 |

TransUnion

P-I000035-
NELSON LEON BRUCE
PO BOX 3345
SUMMERVILLE, SC 29484-3345

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Ref: Explanation of the Inquiries on Your Credit Report

You recently contacted TransUnion regarding an inquiry. An inquiry is posted on your TransUnion credit report to notify you that a company has received your credit information from TransUnion. Companies can only obtain such a credit report for a legitimate reason (referred to as a "permissible purpose"). Examples of a permissible purpose include credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries remain on your credit report for up to two (2) years.

Each company that received your credit report will be listed in the inquiry section of your TransUnion personal credit report, along with their contact information. Please note, a company doesn't always need your authorization to receive your credit report as long as they have a permissible purpose. Please also note, some types of inquiries, such as promotional inquiries or account review inquiries are disclosed only to you.

If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who received your credit report to find out whether they have opened an account in your name. The company can then investigate and, if they determine that someone fraudulently applied for credit in your name, they can close that account and contact TransUnion requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, or does not relate to you, you can also call us at 800-680-7289.

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 334959402.