# EXHIBIT C

# OFFICIAL NOTICE REQUESTING FOR PROOF OF PERMISSIBLE PURPOSE

**FROM:**    Nelson Bruce
P.O. Box 3345
Summerville, South Carolina 29484
SSN: ***-**-7185 | DOB: 09-28-1982

**Date:** April 26, 2024
**Manner of Notice:** U.S.P.S. Priority Mail
Tracking #: <u>**9410803699300166565704**</u>

**TO:**    TRANSUNION, LLC
**Attention:** Chris Cartwright/CEO and Legal Department
555 W ADAMS ST.
CHICAGO, IL 60661

I received a copy of my credit disclosure report from a credit reporting agency known as ChexSystems on 10-30-2023 and noticed you obtained my consumer report without any written consent from me nor does your purpose fall under Section 604 of the Fair Credit Reporting Act ("FCRA"). I demand that you provide me with what your permissible purpose was for obtaining my consumer report on the dates provided below and provide me with sufficient evidence that you received written consent from me to obtain my information from ChexSystems and provide me with the specific section of 604 of the FCRA that supports your permissible purpose. I have reviewed section 604 and assure you that obtaining my consumer report "on behalf of another person" is not a permissible purpose authorized nor written under the text of the FCRA which in this case it was certified by Chexsystems that you obtained my private information on behalf of "Credit Karma". I demand that you produce a copy of the written consent specifically given to CreditKarma by me giving you authority to obtain my consumer report on their behalf as you were not acting as a person, not a credit reporting agency when you obtained a consumer report on me. Your failure to provide such a copy of my written consent prior to your inquiries is clear evidence that you don't have it and that your acts are knowing, willful and negligent and done under false pretenses as it pertains to TransUnion's violation of the Permissible Purpose section of the FCRA for each unauthorized inquiry. An invasion of my privacy violation. I also demand that you provide me with the name, address, phone number and policy number of your liability insurance so that I may file a claim. Failure to provide such information, will be documented in the lawsuit.

**Dates of unauthorized inquiries by TRANS UNION, LLC with ChexSystems:**

1-9-2023   2-6-2023   3-5-2023   4-5-2023   5-6-2023   6-5-2023   7-8-2023   8-6-2023   9-5-2023   10-5-2023

This notice also acts as my notice of intent to sue you in small claims court in separate complaints addressing each separate unauthorized inquiry for the maximum amount of the court which is $7,500 for each complaint. The lawsuit will name Chris Cartwright the CEO of TransUnion, LLC and Doe insurance company, your liability insurance company as the defendants who are liable for violations of Section 604 of the FCRA, any invasion of privacy violations and or any applicable state laws for your willful and negligent acts which may include aggravated identity theft and/or identity theft as I have not given you my written consent to use my personal private information such as my SSN, Date of Birth, Address, and phone number to use to obtain a consumer report on me containing my private information from a credit reporting agency. You can check your records for confirmation of the inquiry dates above which as of the 10-30-2023 was a total of 10 unauthorized inquires (see...attached ChexSystems credit file dated 10-30-2023).

I am willing to settle these matters amicably without having to file a lawsuit for a settlement of $65,000. This amount would settle all violations of law for the above unauthorized inquires up to the current date of us signing any settlement agreement. If you do not accept my settlement demand, I will move forward with pursuing a separate lawsuit for each separate unauthorized inquiry as it is a separate violation as the subject matter in small claims court for the maximum amount of the court. You have 10 calendar days from receipt of this notice to respond to this letter. Your failure to respond will also constitute as your knowing, willful, negligent, reckless, malicious acts done under false pretenses, aggravated identity theft/identity theft and your acquiescence to the violations presented in this letter by your failure to prove that you had a permissible purpose to obtain my private information from a consumer reporting agency when you hold a duty to speak at this time. I can be reached directly via email at leonbruce81@yahoo.com or by cell phone at 843-437-7901. This cell number and email is not to be called, shared, or used for any other purposes other than to address the matters at hand only!!

Respectfully Presented,

By:    <u>/s/ Nelson Bruce   4-26-2024</u>
Nelson L. Bruce

Page 1 of 1

 **UNITED STATES POSTAL SERVICE**

April 29, 2024

Dear Nelson Bruce:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0166 5657 04.**

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | April 29, 2024, 10:18 am |
| **Location:** | CHICAGO, IL 60661 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | ATTENTION  CHRIS CARTWRIGHT CEO |
| **Actual Recipient Name:** | D AMERSON |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 555 W ADAMS ST |
| **City, State ZIP Code:** | CHICAGO, IL 60661-3719 |

### Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | |
| **Address of Recipient:** | 555 W ADAMS ST, CHICAGO, IL 60661 |

Note: Scanned Image may reflect a different destination address due to intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004