# EXHIBIT E

4/19/25, 1:26 AM                                Message received from the business about your complaint



Better Business Bureau, Inc.
Serving the San Francisco Bay Area and Northern Coastal California
PO Box 218
San Leandro, CA 94577

4/17/2025

Nelson Bruce
144 Pavilion Street
Summerville,SC 29483

Dear Nelson Bruce:

This message is in regard to your complaint submitted on 4/10/2025 against Credit Karma, Inc.. Your complaint was assigned ID 23188311.

The Better Business Bureau has received a response from the business in the above-referenced complaint case. Please review their response to your complaint and advise us of your position in the matter **within 5 calendar days.** If we do not hear back from you, the Bureau will assume you are satisfied and will close your complaint.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

**Please note the text of your response will be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information in your response. By submitting your response, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.**

If you are unable to respond using the Internet, then please respond in writing to the address above or Fax to (510) 844-2100.

Sincerely,

Sam L

Disputes Resolution Specialist

saml@bbbemail.org

**MESSAGE FROM BUSINESS:**

Thank you for your continued correspondence and for giving us the opportunity to further clarify your concerns.
We understand you are requesting a direct and specific response regarding whether Credit Karma—not any third parties or partners—has ever requested your ChexSystems report.
To address your question directly: Credit Karma has not requested your ChexSystems report. At this time, Credit Karma only requests and provides access to consumer credit reports from TransUnion and Equifax as part of the services we offer to our members. We do not request, access, or store ChexSystems reports as part of your Credit Karma account.
Additionally, while our Terms of Service and registration consents provide for the ability to access certain third-party data, ChexSystems data is not currently part of the information we request or display within Credit Karma accounts. If that ever changes in the future, we will update our policies and notify our members accordingly.
We hope this provides the clarity you were seeking. Should you have any further questions or concerns, please don't hesitate to reach out through our Help Center at https://support.creditkarma.com/s/newcase. We are here to help.

Best regards,
Credit Karma Complaints Support

# EXHIBIT F

5/24/25, 8:33 PM                                Message received from the business about your complaint



Better Business Bureau, Inc.
Serving the San Francisco Bay Area and Northern Coastal California
PO Box 218
San Leandro, CA 94577

5/23/2025

Nelson Bruce
144 Pavilion Street
Summerville,SC 29483

Dear Nelson Bruce:

This message is in regard to your complaint submitted on 4/10/2025 against Credit Karma, Inc.. Your complaint was assigned ID 23188311.

The Better Business Bureau has received a response from the business in the above-referenced complaint case. Please review their response to your complaint and advise us of your position in the matter **within 5 calendar days.** If we do not hear back from you, the Bureau will assume you are satisfied and will close your complaint.

Please be sure to indicate whether the business' response is satisfactory or not and how you would like to proceed in this matter.

**Please note the text of your response will be publicly posted on the BBB web site (BBB reserves the right to not post in accordance with BBB policy). Please do not include any personally identifiable information in your response. By submitting your response, you are representing that it is a truthful account of your experience with the business. BBB may edit your complaint to protect privacy rights and to remove inappropriate language.**

If you are unable to respond using the internet, then please respond in writing to the address above or Fax to (510) 844-2100.

Sincerely,

Sam L

Disputes Resolution Specialist

saml@bbbemail.org

**MESSAGE FROM BUSINESS:**

Thank you for submitting your complaint through the Better Business Bureau (BBB) and the Consumer Financial Protection Bureau (CFPB), and for allowing us to respond.
In your complaint, you asked whether Credit Karma authorized TransUnion, LLC to request your ChexSystems report, and what that information is used for. You also expressed concern about receiving loan solicitations after applying for a Credit One credit card through Credit Karma.
We want to clarify that Intuit Credit Karma is not a credit reporting agency or lender. We do not authorize TransUnion or any third party to access ChexSystems reports on our behalf, nor do we access those reports ourselves.
When you apply for a product through Credit Karma, your application is submitted directly to the lender. Some lenders may send follow-up mail or offers. To reduce prescreened offers, you may opt out by calling 1-888-5-OPT-OUT or visiting optoutprescreen.com. Credit Karma does not sell your personal information to unaffiliated third parties for their advertising. You can review our full Privacy Policy and Terms of Service here:
Privacy Policy
Terms of Service
If you'd like to stop Credit Karma from using or sharing your information, you may cancel your account here:
Cancel Membership
We appreciate your feedback and apologize for any confusion. If you have additional questions, please reach out through our support page:

Best regards,
Credit Karma Complaints Support