## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served to all

parties on the service list **via the CM/ECF system. Dated this 5<u>th</u> day of May, 2026.**

**SENT TO:**

Clement Rivers LLP
Attention: Wilbur Eugene Johnson
25 Calhoun Street, Suite 400
Charleston, SC 29401
*Attorney for Trans Union, LLC*


_____
Nelson L. Bruce, Sui Juris
All Secured Natural Rights Explicitly Reserved and Retained "with prejudice"
c/o 144 Pavilion St., Summerville, South Carolina 29483
Phone: 843-437-7901
leonbruce81@yahoo.com